No. 799. UNITED STATES *v.* PHILADELPHIA NATIONAL BANK ET AL. Appeal from the United States District Court for the Eastern District of Pennsylvania. Probable jurisdiction noted. MR. JUSTICE WHITE took no part in the consideration or decision of this case. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard J. Medalie* and *Lionel Kestenbaum* for the United States. *Arthur Littleton, Ernest R. von Starck, Don B. Blenko* and *Donald A. Scott* for the Philadelphia National Bank, and *Philip Price, Carroll R. Wetzel, John J. Brennan* and *Minturn T. Wright III* for Girard Trust Corn Exchange Bank, appellees. 

No. 843. NATIONAL LABOR RELATIONS BOARD *v.* RELIANCE FUEL OIL CORP. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. 

No. 839. LOCAL No. 438 CONSTRUCTION & GENERAL LABORERS' UNION, AFL–CIO, *v.* CURRY ET AL., DOING BUSINESS AS S. J. CURRY & Co. The petition for writ of certiorari to the Supreme Court of Georgia is granted limited to the question of whether the Supreme Court of Georgia erred as stated in Questions (d), (h) and (i) of the petition which read as follows:

"(d) In holding that it was illegal for the Petitioner to carry a placard in front of the construction job containing the statement: 'S. J. Curry & Company, Inc., violating contract with City of Atlanta by not paying wages conforming with those of a similar type of work in the Atlanta area. Construction & General Laborers' Union 438, AFL–CIO.' The Court so held, notwithstanding the